| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Branch Chief, Fresno Office |
| 3 | Assistant Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-mj-00092 SAB |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND** |
| | ) | **ORDER PRE-APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | Date:  6/27/19 |
| MICHAEL M. SHELTON, | ) | Time:  9:00 a.m. |
| | ) | Ctrm:  9 |
| Defendant. | ) | Judge: Hon. Stanley A. Boone |
| | ) | |
| | ) | |

Defendant, Michael Shelton, through the Federal Defender for the Eastern District of California, hereby requests pre-appointment of counsel.

Defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. Defendant is charged by Criminal Complaint with: (1) Reckless Driving, (2) DUI, (3) DUI>.08%, and (4) Open Container. Defendant is scheduled to make his initial appearance on June 27, 2019 at 9:00 a.m. in Courtroom No. 9 before the Honorable Stanley A. Boone, United States Magistrate Judge. Therefore, after reviewing defendant's Financial Affidavit, it is respectfully recommended that counsel be promptly appointed in light of, and in preparation for, the upcoming court appearance.

DATED: June 25, 2019                                                        */s/ Eric V. Kersten*
                                                                                            ERIC V. KERSTEN for CHARLES J. LEE
                                                                                            Assistant Federal Defender
                                                                                            Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retained counsel, the Court hereby pre-appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**June 25, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE