| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MICHAEL SHELTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00092-SAB |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA ORDER |
| vs. | |
| MICHAEL SHELTON, | DATE: March 19, 2020 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Shelton, that the trial date currently set for March 26, 2020, be vacated and that a change of plea hearing be set before the Honorable Stanley A. Boone on March 19, 2020, at 10:00 a.m.

The parties have reached an agreement to resolve this case. As a result, the March 26, 2020, trial date is no longer necessary. Accordingly, the parties jointly request that the trial date be vacated and that the matter be set for a change of plea hearing on March 19, 2020, at 10:00 a.m., before this Court.

\\

\\

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 13, 2020    */s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 13, 2020    */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
MICHAEL SHELTON

## **O R D E R**

**IT IS HEREBY ORDERED** that the trial scheduled for March 26, 2020, be vacated and a change of plea hearing be set for March 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 13, 2020**

UNITED STATES MAGISTRATE JUDGE