HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL SHELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SHELTON,<br><br>Defendant. | Case No. 1:19-mj-00092-SAB<br><br>STIPULATION TO VACATE MOTION HEARING; AND ORDER<br><br>DATE: March 5, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Shelton, that the motion hearing currently set for March 5, 2020, be vacated.

The parties have reached an agreement to resolve this case. As a result, the March 5, 2020 motion hearing is no longer necessary. Accordingly, the parties jointly request that the motion hearing be vacated. The previously set trial date has already been vacated and a change of plea hearing is currently set for March 20, 2020.

\ \

\ \

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 14, 2020

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 14, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
MICHAEL SHELTON

## **ORDER**

**IT IS HEREBY ORDERED** that the motion hearing scheduled for March 5, 2020, is vacated.

IT IS SO ORDERED.

Dated: **February 14, 2020**

UNITED STATES MAGISTRATE JUDGE