| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL SHELTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00092-SAB |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
| vs. | |
| MICHAEL SHELTON, | DATE:  March 19, 2020 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Shelton, that the change of plea hearing currently scheduled for March 19, 2019, may be continued to April 16, 2020, at 10:00 a.m.

Over the weekend, Mr. Shelton's employer, a resort in Utah, announced that it intended to suspend operations out of concern for the coronavirus pandemic.  Because of the closure, Mr. Shelton abruptly lost both his job and access to employee housing.  Accordingly, Mr. Shelton is in search of new housing and his financial resources are severely limited.

In light of this information, the parties jointly move to continue Mr. Shelton's change of plea hearing to April 16, 2020, in order to permit Mr. Shelton additional time to manage these immediate challenges, to make new travel arrangements, and avoid the health risk posed by

interstate travel during this difficult time.

Respectfully submitted,<br>
HEATHER E. WILLIAMS<br>
Federal Defender

Date: March 16, 2020            */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL SHELTON


                                MCGREGOR W. SCOTT
                                United States Attorney

Date: March 16, 2020            */s/ William Taylor*
                                WILLIAM TAYLOR
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


IT IS SO ORDERED.

Dated: **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the change of plea hearing currently scheduled for March 19, 2020, is continued to April 16, 2020, at 10:00 a.m.