| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL SHELTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00092-SAB |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
| vs. | |
| MICHAEL SHELTON, | DATE: April 16, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Shelton, that the change of plea hearing currently scheduled for April 16, 2019, may be continued to June 25, 2020, at 10:00 a.m.

In light of the recent Eastern District of California General Orders and the ongoing public health risks posed by the coronavirus pandemic, the parties jointly move to continue Mr. Shelton's change of plea hearing to June 25, 2020.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: April 10, 2020         */s/ Matthew Lemke*
                    MATTHEW LEMKE
                    Assistant Federal Defender
                    Attorney for Defendant
                    MICHAEL SHELTON

                    MCGREGOR W. SCOTT
                    United States Attorney

Date: April 10, 2020         */s/ Jeffrey Spivak*
                    JEFFREY SPIVAK
                    Assistant United States Attorney
                    Attorney for Plaintiff

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the change of plea hearing currently scheduled for April 16, 2020, is continued to June 25, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**April 13, 2020**__

UNITED STATES MAGISTRATE JUDGE